UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION § § § § § | |
| THIS RELATES TO: § JOHN G. MORPHIS VS. § PFIZER INC. § § | MDL No. 1699<br><br>MDL Case No. ~~2:06CV05701CRB~~<br>05-4590CRB |

## DISMISSAL WITH PREJUDICE

It is STIPULATED and AGREED between Plaintiff, John Morphis, and Defendant, Pfizer Inc., that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed as to Defendant, Pfizer Inc., without costs to any party. This dismissal is with prejudice. The undersigned is not aware that this party is represented by any other counsel in connection with this matter.

Signed on January 30, 2009.

Respectfully submitted,

REAUD, MORGAN & QUINN, L.L.P.
P. O. Box 26005
Beaumont, Texas   77720-6005
(409) 838-1000
Fax (409) 833-8236

By: _____
John Werner
State Bar No. 00789720

Attorneys for John Morphis

MORPHIS/Stip-Dismissal/090130/rlw            1

AND

DLA PIPER, LLP (US)
1251 Avenue of the Americas
New York, New York   10020
(212) 335-4625
Fax (212) 884-8675

By: _____
Loren H. Brown
State Bar No. _____

Attorneys for Pfizer Inc.

IT IS SO ORDERED.

February Feb. 06, 2009.



Hon. Charles R. Breyer
U.S. District Court Judge